**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

| | |
|---|---|
| In the matter of | Case No. **10-57612-CKP** |
| **WILLIAM BAUERBACH** | Chapter 7 |
| Debtor(s) | Judge **C. KATHRYN PRESTON** |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**
**AND UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT**

The attached check in the amount of (1)$ 132.94 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| **Card Services Assoc.11**<br>**P.O. Box 4519**<br>**Carol Stream, IL 60197** | **9** | **132.94** |
| Total Unclaimed/ Small Dividends $25.00 or under | | $0.00 |
| Total Unclaimed Dividends Over $25.00 | | $132.94 |

Dated:   10/18/2011          /s/ Clyde Hardesty

Clyde C. Hardesty

cc: U.S. Trustee